**Order filed April 18, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01134-CV
_____

**JANTE LANGAN, Appellant**

**V.**

**ERIC SCOTT LANGAN, Appellee**

On Appeal from the 300th District Court
Brazoria County, Texas
Trial Court Cause No. 64386

## ORDER

This is an appeal from a judgment signed September 13, 2012. The clerk's record was filed March 4, 2013.

Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the notice of appeal.

The Brazoria County District Clerk is directed to file a supplemental clerk's record on or before **April 29, 2013**, containing the notice of appeal.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM